| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| CHRISTOPHER M. MCDERMOTT (SBN 253411)<br>cmcdermott@aldrigepite.com<br>TODD S. GARAN (CA SBN 236878)<br>tgaran@aldridgepite.com<br>ALDRIDGE PITE, LLP<br>4375 Jutland Dr., Ste. 200<br>P.O. Box 19734<br>San Diego, CA 92177-9734<br>Telephone: (858) 750-7600<br>Facsimile: (619) 590-1385<br><br>☐ Individual *appearing without an attorney*<br>☒ *Attorney for:* U.S. Bank Trust, N.A., as Trustee for LSF | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION**

| In re:<br>JESUS AVILA LUA<br><br><br>Debtor(s) | CASE NO.: 2:16-bk-17876-SK<br>CHAPTER: 11<br><br>**NOTICE OF LODGMENT OF ORDER IN BANKRUPTCY CASE RE:** (*title of motion*[1]): Stipulation Re: Treatment of Creditor's Claim Under Debtor's Proposed Chapter 11 Plan of Reorganization |
|---|---|

PLEASE TAKE NOTE that the order titled Order Approving Stipulation Re: Treatment of Creditor's Claim Under Debtor's Proposed Chapter 11 Plan of Reorganization

was lodged on (*date*) __03/23/2017__ and is attached.  This order relates to the motion which is docket number __110__.

---

[1] Please abbreviate if title cannot fit into text field.

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2012*    Page 1    **F 9021-1.2.BK.NOTICE.LODGMENT**

CHRISTOPHER M. MCDERMOTT (SBN 253411)
cmcdermott@aldrigepite.com
TODD S. GARAN (CA SBN 236878)
tgaran@aldridgepite.com
**ALDRIDGE PITE, LLP**
4375 Jutland Dr., Ste. 200
P.O. Box 19734
San Diego, CA 92177-9734
Telephone: (858) 750-7600
Facsimile:  (619) 590-1385

Attorneys for Secured Creditor: U.S. Bank Trust, N.A., as Trustee
for LSF9 Master Participation Trust; Caliber Home Loans, Inc.
as servicer

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA – LOS ANGELES DIVISION

| | |
|---|---|
| In re<br><br>JESUS AVILA LUA<br><br>     Debtor and Debtor in Possession. | Case No. 2:16-bk-17876-SK<br><br>Chapter 11<br><br>**ORDER APPROVING STIPULATION RE: TREATMENT OF CREDITOR'S CLAIM UNDER DEBTOR'S PROPOSED CHAPTER 11 PLAN OF REORGANIZATION**<br><br>**Subject Property**<br>2745 Glennwood Place<br>South Gate, California 90280<br><br>**Hearing**:<br>DATE:      March 29, 2017<br>TIME:      9:00 a.m.<br>CTRM:     1575<br>              255 E. Temple<br>              Los Angeles, CA<br>JUDGE:    Hon. Sandra R. Klein |

Secured Creditor U.S. Bank Trust, N.A., as Trustee for LSF9 Master Participation Trust; Caliber Home Loans, Inc. as servicer ("**Creditor**"), by and through its counsel of record, Aldridge Pite, LLP; Debtor, Jesus Avila Lua ("**Debtor**"), by and through attorney of record, Orantes Law Firm PC have filed a Stipulation Re: Treatment of Creditor's Claim Under Debtor's Chapter 11 Plan of Reorganization ("**Stipulation**") in regards to real property commonly described as 2745 Glennwood Place, South Gate, California 90280 *See, Docket Number 110*

**/././**

- 1 -

**IT IS HEREBY ORDERED:**

1. The Stipulation Re: Treatment of Creditor's Claim Under Debtor's Proposed Chapter 11 Plan of Reorganization that was filed on 3/23/2017, at docket number 110 is hereby approved adopted as an Order of the Court; and

2. The hearing on the Debtor's Motion to Value the Subject Property currently scheduled for hearing on March 29, 2017 at 9:00 a.m. in the above entitled Court is off calendar.

###

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
4375 Jutland Drive/Suite 200/P.O. BOX 17933/San Diego, CA 92177

A true and correct copy of the foregoing document entitled: **NOTICE OF LODGMENT OF ORDER IN BANKRUPTCY CASE** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) ___03/23/2017___, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- United States Trustee, ustpregion16.la.ecf@usdoj.gov
- United States Trustee (represented by): Dare Law, dare.law@usdoj@gov
- Attorney for Debtor: Giovanni Orantes, go@gobklaw.com

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**: On (*date*) ___03/23/2017___, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Honorable Judge Sandra R. Klein  
Suite 1582, Courtroom 1575  
255 E. Temple Street  
Los Angeles, CA 90012  

DEBTOR  
Jesus Avila Lua  
6922 1/4 Miles Ave  
Huntington Park, CA 90255

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 03/23/2017 | Esteban Garcia | /s/ Esteban Garcia |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2012*    Page 2    **F 9021-1.2.BK.NOTICE.LODGMENT**